# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LATISHA AIKEN-CANTY,** | : | CIVIL ACTION NO. 1:18-CV-909 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SOCIAL SECURITY ADMINISTRATION,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 17th day of October, 2019, upon consideration of the report (Doc. 22) of Magistrate Judge Karoline Mehalchick, recommending that the court grant defendant's motion (Doc. 11) to dismiss under Federal Rule of Civil Procedure 12(b)(6) and dismiss plaintiff's complaint (Doc. 1) for lack of jurisdiction to review her claims under 42 U.S.C. § 405(g), and it appearing that no party has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court

being in agreement with Judge Mehalchick's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 22) of Magistrate Judge Mehalchick is ADOPTED.

2. Defendant's motion (Doc. 11) to dismiss is GRANTED.

3. Plaintiff's complaint (Doc. 1) is DISMISSED with prejudice for lack of jurisdiction.

4. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania